# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | MY97 |
| Violation Number | 7959140 |
| Officer Name (Print) | Dembowski |
| Officer No. | 212 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Field | Value |
|---|---|
| Date and Time of Offense (mm/dd/yyyy) | 11/22/2019 2002 |
| Offense Charged | ☒ CFR ☐ USC ☐ State Code |
| | 36 CFR 4.21(e) |
| Place of Offense | W/B Suitland Pkwy at Silverhill |
| Offense Description: Factual Basis for Charge | Speed 69/50mph Radar 30519 |
| HAZMAT | ☐ |

**DEFENDANT INFORMATION**

| Last Name | First Name | MI |
|---|---|---|
| McKee Jr | Michael | D |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 150365T | MD | 15 | MAZD/4D | ☐ | Silve |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

| | Amount |
|---|---|
| $ | 90 Forfeiture Amount |
| | + $30 Processing Fee |
| **PAY THIS AMOUNT →** | $ 120 Total Collateral Due |

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|---|
| | TBD | TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)   Original - CVB Copy

CVB SCAN 12/03/2019 15:49

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident